**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

```
ESTATE OF MICHAEL ANTHONY HALL, )
By ESSIE TROUTT as Administrator)
ad litem, and ESSIE TROUTT,      )
Individually                     )
                                 )
v.                               )        NO. 3:08-1155
                                 )        JUDGE ECHOLS
BARD ACCESS SYSTEMS, INC.        )
```

## O R D E R

Pending before the Court is Defendant's Motion to Seal Documents and Supporting Memorandum (Docket Entry No. 36).

The Motion is hereby GRANTED, and the Clerk is directed to **seal** Docket Entry No. 35 and its attachment.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE