UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL ANTHONY HALL, )<br>By ESSIE TROUTT as Administrator)<br>ad litem, and ESSIE TROUTT, )<br>Individually )<br>)<br>v. )<br>)<br>BARD ACCESS SYSTEMS, INC. ) | NO. 3:08-1155<br>JUDGE ECHOLS |

### O R D E R

A minor settlement hearing is hereby scheduled for **Thursday, May 20, 2010, at 10:30 a.m.** Counsel for the parties are allowed to participate by telephone by calling 615-695-2891 at the time designated.

Plaintiff Essie Troutt, and Sharon Hall, the mother of Michael Hall's children, as well as Michael Hall's children, must be present at the hearing and are allowed to participate by telephone by calling the same telephone number at the designated time.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE