UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL ANTHONY HALL, By ESSIE TROUTT as Administrator ad litem, and ESSIE TROUTT, individually, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| BARD ACCESS SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

Case No. 3:08-cv-1155

Judge Haynes

*ORDER*

*This motion is GRANTED*

[handwritten signature]
9-29-10

## MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL

Defendant Bard Access Systems, Inc. ("Bard"), through undersigned counsel, respectfully moves the Court for entry of the parties' Agreed Order of Dismissal. As discussed below, the parties have compromised and settled all claims arising from the death of Michael Anthony Hall, and the only matter remaining before the Court is the entry of the Agreed Order of Dismissal.

The parties and their counsel participated in a mediation on July 17, 2009 in an effort to resolve the claims at issue in this litigation. The discussions initiated at the mediation were ultimately successful, and the parties resolved and compromised their dispute in a confidential settlement. (See Docket No. 30.) Since the beneficiaries of the wrongful death claim arising from the death of Michael Anthony Hall included Mr. Hall's minor children, the parties asked the Court to conduct a minor settlement hearing to approve that portion of the settlement. (Docket Nos. 26, 27.) The Court conducted a minor settlement hearing on March 16, 2010 and May 20, 2010. As instructed by the Court, Plaintiff Essie Troutt, Sharon Hall (the legal guardian of the minor children), and B.H. and E.H. (the minor children) were present and participated in