UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL ANTHONY HALL, ) <br> By ESSIE TROUTT as Administrator ad ) <br> litem, and ESSIE TROUTT, individually, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BARD ACCESS SYSTEMS, INC., ) <br> ) <br> Defendant. ) | Case No. 3:08-cv-1155 <br><br> Judge Echols <br><br> Magistrate Judge Brown |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel for Plaintiff and Defendant appearing below, that the parties notified the Court in August 2009 that they had successfully negotiated a settlement and compromise of all claims arising from the death of Michael Anthony Hall; that the Court conducted a minor settlement hearing in this case on March 16, 2010 and May 20, 2010; that at the May 20, 2010 minor settlement hearing, Plaintiff Essie Troutt, Sharon Hall, the legal guardian of the minor children, and B.H. and E.H., the minor children, appeared before the Court as ordered on May 10, 2010; and that by Order entered July 30, 2010 the Court approved the terms of the agreement between the parties as to the minor children. It is, therefore, hereby

ORDERED that all claims asserted by the parties in this case are DISMISSED with prejudice.

ENTERED this 29th day of _____ 2010.

_____
United States District Judge

**AGREED AND APPROVED FOR ENTRY:**


  s/ Dan C. Stanley (by E. Tipping w/ permission)
Dan C. Stanley, Esq.
Stanley & Kurtz, PLLC
422 South Gay Street, Suite 301
Knoxville, TN  37902
*Counsel for Plaintiff*


NEAL & HARWELL, PLC


By:  s/ Elizabeth S. Tipping
      George H. Cate, III, No. 12595
      Elizabeth S. Tipping, No. 023066

One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN  37219-2498
Telephone:  615-244-1713

P. Mark Crane, Esq.
Kimberly A. Kayiwa, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower
233 S. Wacker Dr., Suite 5500
Chicago, IL  60606
Telephone:  312-645-7800
*Counsel for Defendant Bard Access Systems, Inc.*